**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED

2022 NOV -9 P 3: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1: 22-cr-00129-LEW |
| | ) | |
| STEVEN MATHIS | ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Distribution of Child Pornography)

On about August 14, 2021, in the District of Maine and elsewhere, defendant

### STEVEN MATHIS

knowingly distributed and attempted to distribute child pornography as defined in Title 18, United States Code, Section 2256(8)(A), using any means or facility of interstate and foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer. Specifically, the defendant transmitted an image of child pornography from a computing device inside the State of Maine to a computer server outside Maine using the internet.

The defendant thus violated Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2256(8)(A).

## COUNT TWO
### (Promoting Child Pornography)

On about July 18, 2019, in the District of Maine and elsewhere, defendant

## STEVEN MATHIS

did knowingly advertise, promote, present, and distribute through interstate commerce by use of a computer material and purported material that reflected the belief, and that was intended to cause another person to believe, that the material contained a visual depiction of an actual minor engaging in sexually explicit conduct. Specifically, the defendant used the internet to send and present an electronic file or files that he indicated were and presented as an actual child engaged in sexually explicit conduct.

The defendant thus violated Title 18, United States Code, Sections 2252A(a)(3)(B)(ii) and 2256(8)(A).

## COUNT THREE
### (Promoting Child Pornography)

On about July 19, 2019, in the District of Maine and elsewhere, defendant

## STEVEN MATHIS

did knowingly advertise, promote, present, and distribute through interstate commerce by use of a computer material and purported material that reflected the belief, and that was intended to cause another person to believe, that the material contained a visual depiction of an actual minor engaging in sexually explicit conduct. Specifically, the defendant used the internet to send and present an electronic file or files that he indicated were and presented as an actual child engaged in sexually explicit conduct.

The defendant thus violated Title 18, United States Code, Sections 2252A(a)(3)(B)(ii) and 2256(8)(A).

## COUNT FOUR
### (Promoting Child Pornography)

On about July 26, 2019, in the District of Maine and elsewhere, defendant

### STEVEN MATHIS

did knowingly advertise, promote, present, and distribute through interstate commerce by use of a computer material and purported material that reflected the belief, and that was intended to cause another person to believe, that the material contained a visual depiction of an actual minor engaging in sexually explicit conduct. Specifically, the defendant used the internet to send and present an electronic file or files that he indicated were and presented as an actual child engaged in sexually explicit conduct.

The defendant thus violated Title 18, United States Code, Sections 2252A(a)(3)(B)(ii) and 2256(8)(A).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Counts One or Two of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was possessed as alleged in Count One of this Indictment and (2) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense alleged in Count One of this Indictment, including but not limited to:

a. One Apple iPhone.

A TRUE BILL,

Signature Redacted – Original on file
with the Clerk's Office

Date: 11/9/22

_____
(Assistant) United States Attorney